**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00689-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

RODNEY RAY ZIMMERMAN,

      Plaintiff,

v.

PAUL L'HERAULT,
J. CROUNK,
T. CREANY,
S. MOORE,
JOHN DOE, Lt. on Duty 9-26-08 a.m.,
JANE DOE, Medical Person on Duty 9-26-08,
JOHN DOE, Isolation Supervisor of 9-20-08,
KATHLEEN BOYD,
MR. WALSH, PA,
GISELA WALKER,
DEEANN KAHLER,
MRS. MASSINGILL, and
MRS. BURNS,

      Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

      Plaintiff has submitted a Prisoner Complaint and a Prisoner's Motion and Affidavit

for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  As part of the Court's review

pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted

documents are deficient as described in this order.  Plaintiff will be directed to cure the

following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to

this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   __   is not submitted

(2)   __   is missing affidavit

(3)   <u>X</u>   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (<u>account statement submitted is not certified by a prison official and is not for 6-month period immediately preceding this filing</u>)

(4)   __   is missing certificate showing current balance in prison account

(5)   __   is missing required financial information

(6)   __   is missing an original signature by the prisoner

(7)   __   is not on proper form

(8)   __   names in caption do not match names in caption of complaint, petition or habeas application

(9)   __   other:_____.

**Complaint, Petition or Application**:

(10)   __   is not submitted

(11)   __   is not on proper form (must use the court's current form)

(12)   __   is missing an original signature by the prisoner

(13)   __   is missing page nos. ___

(14)   __   uses et al. instead of listing all parties in caption

(15)   __   names in caption do not match names in text

(16)   __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application

(17)   __   other: _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED March 21, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland_____

2

United States Magistrate Judge